**Order entered April 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00212-CR**
**No. 05-21-00213-CR**

**VINCENT BARRON JACINTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1730619-M, F-1730589-M**

**ORDER**

Before the Court is the State's second motion for extension of time to file its brief. We **GRANT** the motion. We **ORDER** the brief received on April 6, 2022, filed as of the date of this order.

/s/     ERIN A. NOWELL
PRESIDING JUSTICE